■ In the Matter of PAUL D. CAMERA, Appellant, v NASSAU COUNTY CIVIL SERVICE COMMISSION, Respondent.—Appeal from a judgment of the Supreme Court, Nassau County, entered August 20, 1987.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice DiPaola in his memorandum decision dated July 9, 1987. Thompson, J. P., Kunzeman, Eiber and Sullivan, JJ., concur.